CHARLES HUCKABEE *v.* SUPERINTENDENT, CONNECTICUT CORRECTIONAL INSTITUTION, ENFIELD

In view of the finding of the Superior Court in Hartford County, the plaintiff's motion for permission to file a typewritten brief in the appeal from that court is granted, and permission is given for the filing of that brief and a typed appendix provided they are clearly legible and comply with the other requirements of §§ 723 and 724 of the Practice Book.

*Jon C. Blue,* in support of the motion.

Submitted January 25—decided February 1, 1977

PASCAL DELLA VECCHIA *v.* ZONING BOARD OF APPEALS OF THE TOWN OF SOUTHINGTON ET AL.

The petition by the defendants Peter Longo et al. for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Fred B. Rosnick,* in support of the petition.

*Thomas P. Byrne,* in opposition.

Submitted January 28—decided February 2, 1977

STATE OF CONNECTICUT *v.* CLAUDE RICE

The defendant's motion for continuance of his post-trial bond pending final disposition of his appeal from the Superior Court in Hartford County is dismissed, the motion being predicated on a rule of practice (§ 2319) not applicable to procedure in this court.

*Nicholas P. Cardwell,* in support of the motion.